SECURITY ASSOCIATES, INC., Respondent, v. YONKERS MANOR COMPANY, Appellant, and Others, Defendants.— Motion for stay granted upon condition that appellant perfect the appeal for the May term (for which term the case is

set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.